IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM M. DRAKE,

        Plaintiff,

   v.

WILLIAM BRUCE SMITH,

        Defendant.

No. 2:05-cv-1503-MCE-PAN

ORDER

    Plaintiff's Motion for Entry of Default Judgment came on regularly for hearing June 8, 2006. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(b)(17) and 28 U.S.C. § 636(b)(1).

    On June 13, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within ten (10) days. Neither party has filed objections to the Findings and Recommendations.

1

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 13, 2006, are adopted in full;

2. Plaintiff's Motion for Entry of Default Judgment is granted; and

3. Judgment is entered against defendant William Bruce Smith and in favor of Plaintiff.  U.S. Letters Patent No. 6,752,566 shall be corrected to include the name of the plaintiff, William M. Drake, as co-inventor consistent with the authority under 35 U.S.C. § 256.

DATED: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE